JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KARAMYCHEV ANDREI
VLADIMIROVICH,

        Petitioner,

    v.

KRISTI NOEM, et al.

        Respondents.

No. 5:26-cv-00737 MRA-DSR

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus filed concurrently herewith,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and that Judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

**IT IS SO ORDERED.**

DATED: April 13, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE